FILED

10 AUG 30 AM II: 07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICall, Inc. | CASE NUMBER: |
| | CV10-460 AHM (RCx) |
| PLAINTIFF(S), | |
| v. | |
| IVR Technologies, Inc. and Does 1-5 | NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS |
| DEFENDANT(S). | |

TO:     COUNSEL OF RECORD and PRO SE LITIGANTS:

        Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and two (2) copies of the required notice (AO 121) in copyright matters. The required forms of notice to the Patent and Trademark and Copyright Offices are enclosed for your convenience.

☑       Counsel: Please complete the enclosed form and electronically file within ten (10) days.

☐       Pro Se Litigants: Please complete the enclosed form(s) and return to: Clerk, U. S. District Court, ATTN: Civil New Actions, at the following address within ten (10) days:

☐  312 N. Spring Street
   Main Floor, Room G-8
   Los Angeles, CA 90012
   Phone: (213)894-2215

☐  411 West Fourth St.
   Suite 1053
   Santa Ana, CA 92701-4516
   Phone: (714)338-4750

☐  3470 Twelfth Street
   Room 134
   Riverside, CA 92501
   Phone: (951)328-4450

CLERK, U. S. DISTRICT COURT

Dated: 8/30/10 _____

By: C. Powers _____
                    Deputy Clerk

**Note:  Please refer to the court's Internet website at www.cacd.scourts.gov for local rules and applicable forms.**

CV-31 (02/10)     NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS