1  CHARLES CARREON ESQ. (127139)
   2165 S. Avenida Planeta
2  Tuscon, Arizona 85710
   Tel.: 520-841-0835
3  Fax: 520-843-2083

4  Attorney for Plaintiff iCall, Inc.

5

6              UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8                   LOS ANGELES DIVISION

9
   ICALL, INC., a Delaware-incorporated )  Hon. A. Howard Matz
10 Corporation Licensed to do Business in )
                                          )  Case No: CV 10-6460 AHM (RCx)
11 California,                            )
                                          )  STIPULATION AND ORDER RE
12                                        )  ENTRY OF JUDGMENT AND
           Plaintiff,                     )  DISMISSAL OF CLAIMS
13                                        )
   vs.                                    )
14                                        )
                                          )
15 IVR TECHNOLOGIES, INC. a               )
   Delaware Corporation Licensed to do    )
16 Business in California, and Does 1-5,  )
                                          )
17                                        )
           Defendants.                    )
18                                        )
                                          )
19 _____

20        WHEREAS: Defendant IVR TECHNOLOGIES, INC., having been duly
21 served with Plaintiff's Complaint alleging five Claims for Relief (the
22 "Complaint"), herein; and
23        WHEREAS: Defendant IVR TECHNOLOGIES, INC., seeks to avoid any
24 further expenditures and the uncertainties of litigation herein;
25        WHEREAS: Counsel for both parties have conferred and determined that a
26 prompt and just settlement of this matter can be reached via stipulation;
27 //
28

STIPULATED ORDER RE ENTRY OF JUDGMENT AND DISMISSAL OF CLAIMS - 1 -

THEREFORE, IT IS HEREBY STIPULATED, BY AND BETWEEN Plaintiff ICALL, INC. ("Plaintiff") and Defendant IVR TECHNOLOGIES, INC. ("Defendant") through their respective counsel, and the Court is hereby requested to enter as findings, pursuant to F.R.Civ.P. 65(d)(1)(A), that:

1. As alleged in Paragraph 82(a) of the Fifth Claim for Relief of the Complaint, by virtue of its alleged ownership of United States Trademark Registration No. 2,194,066, Plaintiff possesses the rights to exclusive use of the iCall® trademark in connection with "telephone communication services, including aural and optical information transmission" (in International Trademark Class 038);

2. As alleged in Paragraph 82(b) of the Fifth Claim for Relief of the Complaint, Plaintiff has the right to bar Defendant from using the said trademark;

3. Defendant IVR TECHNOLOGIES, INC lacked any knowledge of Plaintiff's exclusive rights to use the iCall® trademark when it adopted and used the "iCallme" product designation in connection with certain goods and/or services;

4. Upon receipt of notice of this action, Defendant IVR TECHNOLOGIES, INC., promptly ceased using the said trademark;

5. As prayed in Paragraph A.1. of the Prayer for Relief of the Complaint, so long as United States Trademark Registration No. 2,194,066 for the mark "ICALL" remains valid and subsisting on the Principal Register, Defendant shall henceforth directly and indirectly refrain from knowingly using said trademark alone or in combination with other words, symbols or designs in any manner in connection with telephone service, long distance service, or Voice-over Internet Protocol products and services as prayed;

6. Judgment shall be entered for Plaintiff on the Fifth Claim for Relief, with the sole item of relief granted thereon being the stipulated terms set forth in paragraph "5" hereinabove;

7. The First, Second, Third and Fourth Claims for Relief shall be dismissed; and,

8. Both sides shall bear their own costs and attorneys fees incurred herein.

IT IS SO STIPULATED:

Dated: September 22, 2010

IVR TECHNOLOGIES, INC.                    ANDERSON & ASSOCIATES

by: _____             by: _____
    Barry Sher                                Stephen L. Anderson
    Vice- President                           Attorney for Defendant
    Business Development                      IVR TECHNOLOGIES, INC

ICALL, INC.                               CHARLES CARREON, ESQ.

by: _____             by: _____
    Arlo C. Gilbert                           Charles Carreon
    Chief Executive Officer                   Attorney for Plaintiff
                                              iCall, Inc.

## ORDER

HAVING reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFOR, the foregoing stipulated Findings are hereby adopted by this Court, and pursuant to F.R.Civ.P. 65(d)(1) and (2), it is hereby ORDERED that:

1. So long as United States Trademark Registration No. 2,194,066 for the mark "ICALL," remains valid and subsisting on the Principal Register, Defendant IVR TECHNOLOGIES, INC. shall henceforth directly and indirectly refrain from knowingly using the ICALL trademark alone or in combination with other words, symbols or designs in any manner in connection with telephone service, long distance service, or Voice-over Internet Protocol products and services;

STIPULATED ORDER RE ENTRY OF JUDGMENT AND DISMISSAL OF CLAIMS - 3 -

2. The First, Second, Third, and Fourth Claims for Relief are DISMISSED;

3. The parties shall bear their own costs and fees;

4. Plaintiff shall submit a form of Judgment for entry forthwith embodying the above terms.

Dated: _____, 2010        A. Howard Matz
                                    United States District Court Judge