UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ICALL, INC., a Delaware-incorporated Corporation Licensed to do Business in California,<br><br>     Plaintiff,<br><br>vs.<br><br>IVR TECHNOLOGIES, INC. a Delaware Corporation Licensed to do Business in California, and Does 1-5,<br><br>     Defendants. | Hon. A. Howard Matz<br><br>Case No: CV 10-6460 AHM (RCx)<br><br>JUDGMENT FOR DECLARATORY RELIEF |

   This action was resolved by stipulation of the parties, approved by Judge A. Howard Matz without trial.

   Judgment is entered for plaintiff iCall, Inc. and against defendant IVR Technologies, Inc. on the Fifth Claim for Relief for Declaratory Relief Pursuant to 28 U.S.C. §§ 2201 and 2202, as follows:

   1. So long as United States Trademark Registration No. 2,194,066 for the mark "ICALL," remains valid and subsisting on the Principal Register, Defendant

1  IVR TECHNOLOGIES, INC. shall henceforth directly and indirectly refrain from knowingly using the ICALL trademark alone or in combination with other words, symbols or designs in any manner in connection with telephone service, long distance service, or Voice-over Internet Protocol products and services;

2. The First, Second, Third and Fourth Claims for Relief are dismissed; and,

3. Both parties shall bear their own costs.

Dated: _September 24, 2010

A. Howard Matz
United States District Court Judge

**JS-6**

September 24, 2010
Submitted by:

s/Charles Carreon/s
CHARLES CARREON (CSB# 127139)
Attorney for Plaintiff iCall, Inc.